**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**COREY TREMAINE WILLIAMS, #R4488**                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.4:06CV102 TSL-LRA**

**JOHNNY CROCKETT AND THERESA BASKIN**                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Opinion and Order entered this day granting the Defendants' [22] Motion to Dismiss or, Alternatively for Summary Judgment, this cause is hereby finally dismissed with prejudice and judgment is entered in favor of all of the Defendants.

IT IS, THEREFORE, ORDERED that the Defendants' Motions for Summary Judgment, are HEREBY GRANTED and it is HEREBY ORDERED that the Complaint is dismissed with prejudice. Final Judgment is entered in favor of the Defendants, Johnny Crockett and Theresa Baskin.

SO ORDERED THIS the 29th day of November 2007.

                                                            S/Linda R. Anderson
                                         UNITED STATES MAGISTRATE JUDGE